53 P.3d 328

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Jou v. Stanton | 24401 | 09/10/2002 | Affirmed |
| Kodani v. Administrative Director of Courts | 24056 | 08/27/2002 | Reversed |
| Melton v. Melton | 24020 | 08/15/2002 | Affirmed |
| State v. Tetu | 23709 | 08/27/2002 | Affirmed |

| | | | | |
|---|---|---|---|---|
| Farzami v. State, Dept. of Health | 23919 | 06/27/2002 | Denied | 98 Hawai'i 295, 47 P.3d 762 |
| Hamamoto Corp. v. International Sav. and Loan Ass'n | 23295 | 06/28/2002 | Denied | 98 Hawai'i 512, 51 P.3d 379 |
| State v. McWhite | 23950 | 09/03/2002 | Denied | 98 Hawai'i 512, 51 P.3d 379 |